UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOANNE E. DANKER, Individually and On Behalf of All Others Similarly Situated,<br><br>                          Plaintiff,<br><br>              v.<br><br>PAPA JOHN'S INTERNATIONAL, INC., JOHN H. SCHNATTER, STEVE M. RITCHIE, and LANCE F. TUCKER<br><br>                         Defendants. | No. 1:18-cv-07927-RA |

**DECLARATION OF JAVIER BLEICHMAR IN SUPPORT OF THE CITY OF MIAMI FIRE FIGHTERS' AND POLICE OFFICERS' RETIREMENT TRUST'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL**

I, Javier Bleichmar, pursuant to 28 U.S.C. § 1746, declare as follows:

1.I am a partner of the law firm of Bleichmar Fonti & Auld LLP ("BFA"), counsel for the City of Miami Fire Fighters' and Police Officers' Retirement Trust ("Miami FIPO"). I am a member in good standing of the bar of the State of New York and of this Court. I submit this declaration in support of Miami FIPO's Motion for Appointment as Lead Plaintiff and Approval of Its Selection of Lead Counsel.

2.Attached hereto as Exhibit A is a true and correct copy of the Notice of Pendency of the above captioned case, published on August 30, 2018 in Globe Newswire, a national business-oriented wire service.

3.Attached hereto as Exhibit B is a true and correct copy of the signed sworn certification by Miami FIPO, pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2).

4.Attached hereto as Exhibit C is a chart, prepared by BFA, of Miami FIPO's transactions and losses in the securities of the Papa John's International, Inc. from February 25, 2014 through July 19, 2018, both inclusive.

5.Attached hereto as Exhibit D is a true and correct copy of BFA's Firm Resume.

I hereby declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of October 2018.

s/ *Javier Bleichmar*
Javier Bleichmar

## CERTIFICATE OF SERVICE

      I hereby certify that on October 29, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the registered participants.  Executed on October 29, 2018.

                                                             s/ *Javier Bleichmar*
                                                            Javier Bleichmar