**Robbins Geller Rudman & Dowd LLP**

Boca Raton    Melville    San Diego
Chicago    Nashville    San Francisco
Manhattan    Philadelphia    Washington, D.C.

David A. Rosenfeld
drosenfeld@rgrdlaw.com

June 25, 2020

VIA ECF

The Honorable Kimba M. Wood
United States District Court
Southern District of New York
500 Pearl Street, Room 2540
New York, NY 10007-1312

**MEMO ENDORSED**

Re: *Danker v. Papa John's Int'l, Inc., et al*, No. 1:18-cv-07927-KMW

Dear Judge Wood:

We write on behalf of Lead Plaintiff Oklahoma Law Enforcement Retirement System ("Lead Plaintiff") in the above-referenced matter. Pursuant to Rule 1.G of Your Honor's Individual Rules & Practices, we write to respectfully request a two-week extension of time to file Lead Plaintiff's memoranda in opposition to the two motions to dismiss the Second Amended Complaint filed by Defendants that are currently due July 1, 2020, such that Lead Plaintiff's briefs would now be due on July 15, 2020, and Defendants' reply memoranda of law would be due on August 31, 2020.[1] We write to request this short extension because of unexpected scheduling matters and complications related to COVID-19. This is Lead Plaintiff's first request for an extension of this deadline and Counsel for all Defendants have agreed to the request for a two-week extension.[2]

**Granted. KMW**

We thank the Court for its consideration.

Respectfully submitted,

*/s/ David A. Rosenfeld*

DAVID A. ROSENFELD

**SO ORDERED.**
**Dated: June 25, 2020**
**New York, New York**

**/s/ Kimba M. Wood**
**KIMBA M. WOOD**
**United States District Judge**

DAR:pw
  cc: All Counsel of Record via ECF

---

[1] As the requested extension affects the deadline for Defendants' reply memoranda, attached is a proposed revised scheduling order.

[2] Given scheduling conflicts throughout August for Papa John's and Mr. Ritchie's counsel, their consent is conditioned on an August 31, 2020 deadline for the reply memoranda.