**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------X

OKLAHOMA LAW ENFORCEMENT RETIREMENT SYSTEM, individually and on behalf of all others similarly situated,

Plaintiffs,

-against-

18 **CIVIL** 7927 (KMW)

# JUDGMENT

PAPA JOHN'S INTERNATIONAL, INC., JOHN H. SCHNATTER, and STEVE M. RITCHIE,

Defendants.

---------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated February 3, 2021, Defendants' motions to dismiss the SAC are GRANTED with prejudice.

**Dated:** New York, New York

February 3, 2021

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**